IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>HECTOR SANCHEZ-MORALES<br><br>Defendant | Crim. No. 19-155 (DRD) |

**MOTION REQUESTING ORDER**

**TO THE HONORABLE COURT:**

Comes now defendant, through the undersigned counsel, and respectfully states and prays:

1. The government filed a response in opposition to defendant's request for information regarding the identity of the person identified as "A.G." in the indictment (Docket 25).

2. In its response the government has included an image of what appears to be an excerpt of a Report of Investigation ("ROI"). The excerpt includes references to alleged misconduct that have no bearing on the relief requested by defendant or the issues presented. See docket 25 at p. 5. ROIs are not ordinarily

admitted into evidence at trial. Although disputed, as presented in the government's response the information is made to appear as an official record and only serves to embarrass and denigrate the defendant. Moreover, by its nature, it creates an unwarranted safety risk for Mr. Sánchez. Such information, if it were indeed found to be necessary, should be redacted and/or restricted.

3. This case has already generated significant pretrial publicity. By playing to the gallery and making portions of a ROI unlikely to be admitted as evidence part of the public record the government is putting at risk defendant's right to a fair trial and due process of law.

**WHEREFORE**, it is respectfully requested that this Honorable Court order stricken and/or redacted from the government's Response to Defendant's Motion for Discovery the excerpt of the ROI included therein.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of April 2019.

                                          ERIC A. VOS, Esq.
                                        Federal Public Defender

                                        *S/Victor P. Miranda-Corrada*
                                        **Víctor P. Miranda-Corrada, Esq.**
                                        **Assistant Federal Public Defender**
                                        **USDC-PR  201205**
                                        **241 F.D. Roosevelt Avenue**
                                        **San Juan, PR  00918-2305**
                                        **Phone No. (787) 281-2441**
                                        Victor_Miranda@fd.org