IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　*Plaintiff,*<br><br>　　v.<br>HECTOR SANCHEZ-MORALES,<br><br>　*Defendant.* | Criminal No.　19-155 (DRD) |

## MOTION TO RESTRICT

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

　　**COMES NOW** the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges and prays as follows:

　　1.　Concomitant with the foregoing request, the Federal Public Defender is filing a motion on behalf of Mr. Héctor Sánchez-Morales.

　　2.　In order to maintain the privacy of medical information contained therein, the undersigned requests leave to file it using the *ex parte* viewing restriction.

　　3.　This motion to restrict is filed in compliance with Standing Order No. 9 issued by the Honorable Aida M. Delgado Colon, Judge of the United States District Court for the District of Puerto Rico, Misc. No. 03-149 (ADC).

　　**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present motion and that the same be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of April, 2019.

**ERIC A. VOS**
**Federal Public Defender**

*S/Victor P. Miranda*
Víctor P. Miranda, Esq.
Assistant Federal Public Defender
USDC-PR   201205
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2305
Phone No. (787) 281-2441
Victor_Miranda@fd.org