IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>HECTOR SANCHEZ-MORALES<br><br>Defendant | Crim. No. 19-155 (DRD) |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

COMES NOW Héctor Sánchez-Morales, through the undersigned counsel, and respectfully states and prays:

1. On this date the Federal Public Defender has filed a motion on behalf of Mr. Héctor Sánchez-Morales the contents of which refer to matters pertaining exclusively to the defense.

2. In order to maintain the confidentiality of the matters contained therein, the undersigned requests leave to file it using the *ex parte* viewing restriction.

1

3.	This motion to restrict is filed in compliance with Standing Order No. 9 issued by the Honorable Aida M. Delgado Colon, Judge of the United States District Court for the District of Puerto Rico, Misc. No. 03-149 (ADC).

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present motion and that the same be granted.

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of July 2019.

ERIC A. VOS, Esq.
Federal Public Defender

*S/Victor P. Miranda-Corrada*
Víctor P. Miranda-Corrada, Esq.
**Assistant Federal Public Defender**
USDC-PR   201205
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2305
Phone No. (787) 281-2441
Victor_Miranda@fd.org